# CAPEZZA HILL, LLP
## ATTORNEYS AT LAW

Benjamin W. Hill, Esq.

*Partner*

*Via ECF*

Honorable Phillip M. Halpern
United States District Court
Southern District of the State of New York
300 Quarropas Street
White Plains, NY 10601

> Application granted. Due to the congestion of the Court's calendar, however, the pre-motion telephone conference will be adjourned to 10/6/2021 at 2:00 p.m.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> July 9, 2021

Re: *Flynn v. Bloomingdale et al.* (SDNY 7:20-cv-9381)

Your Honor:

This office represents defendants Bloomingdale and Shipley in the above matter. I am in receipt of your Order setting a pre-motion telephone conference for August 11, 2021 at 10:30 am. I write to request that the conference be rescheduled because I am scheduled to be away that week. I have contacted Plaintiff's counsel Mr. Ranis who consents to this request for an adjournment. Both Mr. Ranis and I are available any date/time the week of August 16, 2021 except for Friday August 20, 2021.

Please do not hesitate to contact me if you have any questions or concerns.

Respectfully submitted,

**CAPEZZA HILL, LLP**

By: Benjamin W. Hill