UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RITA FLYNN,

                        Plaintiff,

        -against-

MATTHEW BLOOMINGDALE, et al.,

                        Defendants.

<u>ORDER</u>

20-CV-09381 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Oral argument has been scheduled on the pending motion to dismiss. The oral argument will be held on June 8, 2022 at 11:00 a.m. in Courtroom 520 of the courthouse located at 300 Quarropas Street, White Plains, New York 10601.

    All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire before being allowed entry into the courthouse. On the day that you are due to arrive at the courthouse, click on the following weblink: https://app.certify.me/SDNYPublic. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used as the SDNY entry device at the courthouse entrance.

SO ORDERED.

Dated: White Plains, New York
       May 24, 2022

                                                      _____
                                                      Philip M. Halpern
                                                      United States District Judge