UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RITA FLYNN,

                Plaintiff,

-against-

MATTHEW BLOOMINGDALE, et al.,

                Defendants.

ORDER

20-CV-09381 (PMH)

PHILIP M. HALPERN, United States District Judge:

      Counsel for Defendants appeared for oral argument today in person in courtroom 520 and counsel for Plaintiff appeared via video conference. Oral argument was had on the record.

      For the reasons indicated on the record and law cited therein, the motion to dismiss filed by Defendants Matthew Bloomingdale, John A. Shipley, and Donald Oliver, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. 41) is GRANTED. The Third Amended Complaint is dismissed. See transcript.

      The Clerk of the Court is respectfully directed to terminate the pending motion (Doc. 41) and to close this case.

SO ORDERED.

Dated: White Plains, New York
       June 8, 2022

                                                Philip M. Halpern
                                                United States District Judge