**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RITA FLYNN,

                Plaintiff,

   -against-                                                  20 **CIVIL** 9381 (PMH)

                                                                        **JUDGMENT**

MATTHEW BLOOMINGDALE, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 8, 2022, the motion to dismiss filed by Defendants Matthew Bloomingdale, John A. Shipley, and Donald Oliver, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. 41) is GRANTED. The Third Amended Complaint is dismissed; accordingly, the case is closed.

**Dated:**  New York, New York

       June 8, 2022

                                                               **RUBY J. KRAJICK**

                                                                 **Clerk of Court**
                                         **BY:**    *K. Mango*

                                                                 **Deputy Clerk**